IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BLACKSTON | : | CIVIL ACTION |
| v. | : | |
| NEW JERSEY TRANSIT CORPORATION, et al. | : | NO. 10-878 |

ORDER

AND NOW, this 27th day of October, 2010, upon consideration of plaintiff's amended complaint (docket entry # 2), defendants New Jersey Transit Corporation, George Wiseman, and Andrew Pawlik's motion for judgment on the pleadings (docket entry # 16) and plaintiff's response thereto (docket entry # 20), defendant William McErlane's motion for judgment on the pleadings (docket entry # 23) and plaintiff's response thereto (docket entry # 24), and defendant McErlane's motion for leave to file a reply (docket entry # 26), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

    1.    Defendants New Jersey Transit Corporation, George Wiseman, and Andrew Pawlik's motion for judgment on the pleadings (docket entry # 16) is GRANTED;

    2.    Defendant William McErlane's motion for judgment on the pleadings (docket entry # 23) is GRANTED;

    3.    Defendant McErlane's motion for leave to file a reply (docket entry # 26) is DENIED AS MOOT;

4. Counts I through III of the Amended Complaint are DISMISSED;

5. The Court having declined, under 28 U.S.C. § 1367(c)(3), to exercise its supplemental jurisdiction, Count IV of the Amended Complaint is DISMISSED WITHOUT PREJUDICE; and

6. The Clerk shall CLOSE this case statistically.


BY THE COURT:


/s/ Stewart Dalzell, J.